IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TIMOTHY ASHWORTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:15-cv-182-NJR-DGW |
| | ) | |
| STEVE MUMBOWER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

On December 22, 2015, Plaintiff filed an Second Amended Complaint naming Cathy Wilson as a party-defendant in her capacity as the personal representative of Bill Wilson, who is deceased. Plaintiff sought service of process by the United States Marshal as provided by Federal Rule of Civil Procedure 4(c)(3); that motion was granted, however, Ms. Wilson's address was not known to the Court. Plaintiff has since provided that information, *in camera*, to the Court and service can now be accomplished.

The Clerk of Court shall prepare for Defendant **CATHY WILSON**: (1) Form 5 (Notice of a Lawsuit and Request to Waive Service of a Summons), and (2) Form 6 (Waiver of Service of Summons). The Clerk is **DIRECTED** to mail these forms, a copy of the Second Amended Complaint, and this Memorandum and Order to the Defendant at the address provided by the Court. If Defendant **WILSON** fails to sign and return the Waiver of Service of Summons (Form 6) to the Clerk within 30 days from the date the forms were sent, the Clerk shall take appropriate steps to effect formal service on Ms. Wilson, and the Court will require that Ms. Wilson pay the full costs of formal service, to the extent authorized by the Federal Rules of Civil Procedure.

Any documentation of the address of Ms. Wilson shall be retained only by the Clerk.

Address information shall not be maintained in the court file or disclosed by the Clerk.

**IT IS SO ORDERED.**

**DATED: March 18, 2016**

**DONALD G. WILKERSON**
**United States Magistrate Judge**